UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
RONALD L. WHITE et al.,                     )
                                            )
            Plaintiffs,                     )
                                            )
      v.                                    )        Civil Action No. 14-0478 (PLF)
                                            )
TOM VILSACK, Secretary,                     )
United States Department of Agriculture,    )
                                            )
            Defendant.                       )
_____ )

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion issued this

same day, it is hereby

ORDERED that the defendant's motion [Dkt. No. 4] to dismiss the plaintiffs'

complaint is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk of the Court shall remove this case from the Court's docket. This is a final appealable

order. See FED. R. APP. P. 4(a).

SO ORDERED.


                                       /s/_____
                                       PAUL L. FRIEDMAN
                                       United States District Judge

DATE: February 19, 2015